**FILED**
CLERK, U.S. DISTRICT COURT

10/30/25

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 2:25-cr-00889-JWH |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 371: Conspiracy to Launder Money] |
| KUNAL KALRA, | |
| Defendant. | |

The Acting United States Attorney charges:

[18 U.S.C. § 371]

Beginning in or before 2022, and continuing through at least March 27, 2024, in Los Angeles County, within the Central District of California, and elsewhere, defendant KUNAL KALRA and others known and unknown conspired to launder money, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), by knowingly conducting financial transactions involving the proceeds of specified unlawful activity, that is, the distribution of controlled substances, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity.  Defendant KALRA's

role in the conspiracy was to convert cryptocurrency into cash for a fee.  In furtherance of this conspiracy, on March 26, 2024, in Los Angeles County, defendant KALRA sent an encrypted message to a co-conspirator to arrange a time to have about $48,000 of cash delivered to him.

BILAL A. ESSAYLI
Acting United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

KRISTEN A. WILLIAMS
Assistant United States Attorney
Chief, Major Frauds Section

ANDREW BROWN
Assistant United States Attorney
Major Frauds Section